UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------x

AMERASIA BANK,

              Plaintiff,

v.

PTJ OF PARAMUS, INC., HSUEH HUA LEE and
CHENG HSIEN LEE,

              Defendants

------------------------------------------------------------x

Civil Action No.
2:11-CV-01831·

ORDER

Assigned to:
Hon. Claire C. Cecchi

This matter having come before the Court upon plaintiff Amerasia Bank's Motion for Default Judgment (ECF Docket Nos. 14, 15, 16, 17 & 18) against Defendants PTJ of Paramus, Inc., Hsueh Hua Lee and Cheng Hsien Lee, which motion duly submitted for the Court's consideration without any opposition; and the Court having reviewed the papers submitted in support of the motion and, pursuant to Rule 78 of Federal Rules of Civil Procedure, decided the motion without oral argument;

IT IS ON THIS __17__ DAY OF JANUARY, 2012:

1.     ORDERED that Plaintiff Amerasia Bank's Motion for Default Judgment against Defendants PTJ of Paramus, Inc., Hsueh Hua Lee and Cheng Hsien Lee, jointly and severally, pursuant to Rule 55 of the Federal Rules of Civil Procedures is GRANTED in its entirety and with prejudice; and

2.     ADJUDGED that Default Judgment against said Defendants, jointly and severally, can be entered in a sum certain amount or a sum that can be made certain by computation;

3. DIRECTED that the Clerk of the Court enter judgment against Defendants PTJ of Paramus, Inc., Hsueh Hua Lee and Cheng Hsien Lee, jointly and severally, in the sum certain amount of $160,941.52, which is the sum computed and demanded in this action's Complaint, plus default interest accruing from March 30, 2011 at the per diem rate of $51.9537, together with all costs and disbursements allowed by law;

4. LEAVE is granted to Plaintiff Amerasia Bank to submit additional information to prove and recover attorney fees incurred in connection with this action, and to enter a separate judgment for that sum; and

Dated: January 17, 2012

_____
CLAIRE C. CECCHI
United States District Judge